In the Matter of the Petition of HANNAH McNALLY to Prove the Last Will and Testament of MARY ANN CALNAN, Deceased, Late of the County of Kings. MARY KELLY, Appellant; EDWARD J. S. FARRELL, Special Guardian for PATRICK CALNAN or CALLAGHAN, an Unknown Heir, and HANNAH McNALLY, as Executrix, etc., of MARY ANN CALNAN, Deceased, Respondents.— Decree of the Surrogate's Court of Kings county dismissing the petition of the appellant for leave to intervene in a probate proceeding unanimously affirmed, with costs to respondents, payable out of the estate. Appeal from decree admitting the will of the deceased to probate dismissed, without costs. Appeal from order denying appellant's motion for a new trial dismissed, without costs. Appeal from decision dismissed. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.